No. 302.  HENRY RAEDER ET AL., PETITIONERS, *v.* JOHN W. KAUFFMAN.  October 19, 1903.  Petition for a writ of cer-

tiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William E. Garvin* for petitioners. *Mr. James E. McKeighan, Mr. Shepard Barclay* and *Mr. M. F. Watts* for respondent.